# IN THE SUPREME COURT OF THE STATE OF NEVADA

MILTON DAVID PLUMMER,
                   Appellant,
        vs.
THE STATE OF NEVADA,
                   Respondent.

No. 82181

**FILED**

DEC 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying article for relief. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from an order denying article for relief, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Jim C. Shirley, District Judge
       Milton David Plummer
       Attorney General/Carson City
       Clerk of the Court/Court Administrator

SUPREME COURT
OF
NEVADA

(O) 1947A

20-46380